# Exhibit B



| U.S. Patent No. D827,946 | Screenshots from https://www.youtube.com/watch?v=LrzL8uu6jik |
|---|---|
| FIG. 3 is a front view of an ornamental design for the pet grooming thereof | |
| FIG. 4 is a rear view of an ornamental design for the pet grooming thereof | |

FIG. 8 is a bottom view of an ornamental design for the pet grooming glove according to our invention



FIG. 7